Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah Mead Thomas, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702.745-4800
Fax: 702.745.4805

*Attorneys for Defendants*
Thomas Contracting & Development, LLC
dba TCD Construction and Thomas Devlin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Hanover Insurance Company, a New Hampshire corporation<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Contracting & Development, LLC dba TCD Construction, a Nevada limited liability company; Thomas Devlin, an individual; Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-2279-MMD-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Hanover Insurance Company, by and through its counsel of record, Ellsworth & Bennion, Chtd. and Jennings, Strouss & Salmon, P.L.C., and Defendants Thomas Contracting & Development, LLC dba TCD Construction and Thomas Devlin, by and through their counsel of record, Mead Law Group, do hereby agree that the time for Defendants to respond to Plaintiff's Complaint be extended to January 11, 2018. Good cause exists for this extension as it is the first extension requested and Defendants need time to search through their records in order to accurately respond to the Complaint in light of how long ago the factual circumstances alleged occurred.

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 745-4800
F/. 702.745.4805

1

It is so stipulated.

| Dated: January 8, 2018 | Dated: January 8, 2018 |
|---|---|
| JENNINGS, STROUSS & SALMON, P.L.C. | MEAD LAW GROUP |
| By: /s/ Patrick F. Welch<br>Patrick F. Welch, Esq.<br>Nevada Bar No. 13278<br>One East Washington Street<br>Phoenix, AZ 85004 | By: /s/ Sarah M. Thomas<br>Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>Sarah Mead Thomas, Esq.<br>Nevada Bar No. 13725<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145 |
| Charles W. Bennion, Esq.<br>Nevada Bar No. 5582<br>Ellsworth & Bennion, Chtd.<br>777 N Rainbow Blvd, Suite 270<br>Las Vegas, NV 89107 | *Attorneys for Defendants Thomas Contracting & Development, LLC dba TCD Construction and Thomas Devlin* |
| *Attorneys for Plaintiff Hanover Insurance Company* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2019.

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 745-4800
F/. 702.745.4805

2