1

2

3                 **UNITED STATES DISTRICT COURT**

4                       **DISTRICT OF NEVADA**

5                              * * *

6   HANOVER INSURANCE COMPANY,          Case No. 2:18-cv-02279-MMD-CWH

7            Plaintiff,

8       v.                              **ORDER**

9   THOMAS CONTRACTING &
    DEVELOPMENT, LLC, et al.,
10
          Defendants.
11

12

13        Presently before the court is the parties' joint discovery plan and scheduling order (ECF

14  No. 15), filed on February 22, 2019.  Local Rule 26-1 states that "the discovery plan must

15  include, in addition to the information required by Fed. R. Civ. P. 26(f)," the calendar dates for

16  the following deadlines: the discovery cut-off, amending the pleadings, expert disclosures,

17  dispositive motions, and the joint pretrial order.  *See* LR 26-1(1)-(5).  Discovery plans must also

18  include a certification that the parties "met and conferred about the possibility of using alternative

19  dispute-resolution processes including mediation, arbitration, and if applicable, early neutral

20  evaluation."  LR 26-1(b)(7).  Further, the parties must certify that "that they considered consent to

21  trial by a magistrate judge . . . ."  LR 26-1(b)(8).

22        Here, the parties' proposed discovery plan and scheduling order does not provide the

23  calendar dates for the deadlines required under Local Rule 26-1.  The proposed discovery plan

24  also fails to include the required certifications for alternative dispute-resolution and trial by a

25  magistrate judge.  The court will therefore deny the motion for failure to comply with Local Rule

26  26-1.

27  //

28  //

1    IT IS THEREFORE ORDERED that the parties' joint discovery plan and scheduling

2    order (ECF No. 15) is DENIED without prejudice.

3

4    DATED: February 27, 2019

5

6                                                    _____
                                                     C.W. HOFFMAN, JR.
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28