# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HANOVER INSURANCE COMPANY, | Case No. 2:18-cv-02279-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| THOMAS CONTRACTING & DEVELOPMENT, LLC, et al., | |
| Defendants. | |

Presently before the court is the parties' joint discovery plan and scheduling order (ECF No. 17), filed on March 1, 2019. On February 27, 2019, the court denied the parties' first proposed discovery plan and scheduling order for failing to include the calendar dates and the alternative dispute resolution and magistrate judge certifications required by Local Rule 26-1. (Order (ECF No. 16).) Having reviewed the renewed proposed discovery plan and scheduling order, the court finds that the parties have failed to include the required alternative dispute resolution and magistrate judge certifications pursuant to Local Rule 26-1(b)(7). *See* LR 26-1(b)(7) (discovery plans must also include a certification that the parties "met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation."). The court will therefore deny the discovery plan and scheduling order without prejudice.

IT IS THEREFORE ORDERED that the parties' joint discovery plan and scheduling order (ECF No. 17) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must file a discovery plan and scheduling order that complies with Local Rule 26-1 by March 13, 2019.

IT IS FURTHER ORDERED that counsel for plaintiff and defendant must certify in writing that they have reviewed the Local Rules.

DATED: March 6, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE