Charles W. Bennion (Nevada Bar No. 5582)
ELLSWORTH & BENNION, CHTD.
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile:  (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile:  (602) 495-2784
Email: pwelch@jsslaw.com

*Attorneys for Plaintiff*
*Hanover Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Hanover Insurance Company, a New Hampshire corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Thomas Contracting & Development, LLC, dba TCD Construction, a Nevada limited liability company; Thomas Devlin, Does 1 through 100; and Roe Corporations 1 through 100, inclusive, <br><br> Defendants. | No. 2:18-cv-02279-MMD-DJA <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR LEAVE TO AMEND** |

  Plaintiff and Defendants, by and through undersigned their respective undersigned counsel, respectfully request this Court grant Plaintiff an extension to file its Response to

1

Defendants' Motion for Leave to Amend until Monday, March 16, 2020.  This request is made due to Plaintiff's counsel's recent increased work demands and care of his children during their spring break between March 9-13, 2020.

DATED this 13th day of March, 2020.

**MEAD LAW GROUP**

By: /s/ Sarah Mead Thomas (w/permission)
    Leon F. Mead II, Esq. (NV Bar No. 5719)
    Sarah Mead Thomas, Esq. (NV Bar No. 13725)
    7201 West Lake Mead Blvd., Suite 550
    Las Vegas, NV 89128
    *Attorneys for Defendants*

**JENNINGS, STROUSS & SALMON, PLC**

By:   /s/ Patrick F. Welch
    Patrick F. Welch (NV Bar No. 13278)
    One East Washington, Suite 1900
    Phoenix, Arizona 85004-2554
    *Attorneys for Plaintiff Hanover Insurance
     Company*

**IT IS SO ORDERED.**

Dated: March 17, 2020

_____
Daniel J. Albregts
United States Magistrate Judge

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing on all attorneys of records and any nonparties who have requested notice.

By /s/ Stephanie S. Wolf

6976027v1(63068.30)