Leon F. Mead II, Esq.
Nevada Bar No. 5719
eMail: leon@meadlawgroup.com
Sarah Mead Thomas, Esq.
Nevada Bar No. 13725
eMail: sarah@meadlawgroup.com
**MEAD LAW GROUP LLP**
7201 W Lake Mead Blvd., Suite 550
Las Vegas, Nevada 89128
Tel: 702.745-4800
Fax: 702.745.4805

*Attorneys for Defendants*
Thomas Contracting & Development, LLC
dba TCD Construction and Thomas Devlin

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Hanover Insurance Company, a New Hampshire corporation<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Contracting & Development, LLC dba TCD Construction, a Nevada limited liability company; Thomas Devlin, an individual; Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02279-MMD-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST]** |

Plaintiff Hanover Insurance Company, by and through its counsel of record, Ellsworth & Bennion, Chtd. and Jennings, Strouss & Salmon, P.L.C., and Defendants Thomas Contracting & Development, LLC dba TCD Construction and Thomas Devlin, by and through their counsel of record, Mead Law Group LLP, do hereby stipulate and agree to reschedule the settlement conference currently scheduled for September 17, 2020 at 10:00 a.m. to one of the following dates: October 1, 2020, October 20, 2020, October 23, 2020, October 26, 2020, October 27, 2020, or October 30, 2020.

Mead Law Group LLP
7201 W Lake Mead Blvd.,
Suite 550
Las Vegas, NV 89128
T. 702 745-4800
F. 702.745.4805

1

7235684v1(63068.30)

The Parties request this rescheduling due to scheduling conflicts of both the Parties and their respective counsel. Hanover's counsel, Patrick F. Welch, has a previously scheduled virtual cross border engagement town-hall style program on September 17th between 11:00 a.m. and 1:00 p.m. with the Arizona-Mexico Town Hall where Mr. Welch is one of organizers of the program and a participant. TCD and Devlin's counsel, Leon Mead and Sarah Thomas, will be out of town on September 17, 2020. Additionally, Mr. Devlin is unavailable to attend a settlement conference on September 17, 2020.

It is so stipulated.

Dated: August 11, 2020

JENNINGS, STROUSS & SALMON, P.L.C.

By: */s/ Patrick F. Welch*
Patrick F. Welch, Esq.
Nevada Bar No. 13278
One East Washington Street
Suite 1900
Phoenix, AZ 85004

Charles W. Bennion, Esq.
Nevada Bar No. 5582
Bennion Law
500 S. 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Hanover Insurance Company*

Dated: August 11, 2020

MEAD LAW GROUP LLP

By: */s/ Sarah M. Thomas*
Leon F. Mead II, Esq.
Nevada Bar No. 5719
Sarah Mead Thomas, Esq.
Nevada Bar No. 13725
7201 W Lake Mead Blvd.
Suite 550
Las Vegas, Nevada 89128

*Attorneys for Defendants Thomas Contracting & Development, LLC dba TCD Construction and Thomas Devlin*

**IT IS SO ORDERED** that the Settlement Conference is hereby rescheduled to October 1st, 2020 at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the settlement statements are due by noon on September 24, 2020.  All other provisions of the Court's Order (ECF No. 42) shall remain in effect.

DATED: August 13, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

Mead Law Group LLP
7201 W Lake Mead Blvd.,
Suite 550
Las Vegas, NV 89128
T. 702 745.4800
F. 702.745.4805

2

7235684v1(63068.30)