Charles W. Bennion (Nevada Bar No. 5582)
ELLSWORTH & BENNION, CHTD.
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile: (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile: (602) 495-2784
Email: pwelch@jsslaw.com

*Attorneys for Plaintiff Hanover Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Hanover Insurance Company, a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Contracting & Development, LLC, dba TCD Construction, a Nevada limited liability company; Thomas Devlin, Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | No. 2:18-cv-02279-MMD-CWH<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF HANOVER INSURANCE COMPANY'S COMPLAINT WITHOUT PREJUDICE** |

Plaintiff Hanover Insurance Company ("Hanover") and Defendants Thomas Contracting & Development, LLC, dba TCD Construction and Thomas Devlin ("Defendants"), through their respective undersigned counsel and under Fed.R.Civ.P. 41(a)(2) hereby stipulate and request that the Court enter an order dismissing Hanover's Complaint against Defendants <u>without prejudice</u>, but nonetheless retaining jurisdiction to enforce the terms of the parties' October 28, 2020 Settlement Agreement ("Settlement Agreement") in the event of any default by Defendants.

Dated this 13th day of November 2020.

| THE MEAD LAW GROUP, LLP | JENNINGS, STROUSS & SALMON, P.L.C. |
|---|---|
| s/ Sarah M. Thomas  (with permission)<br>Leon F. Mead II (NV Bar No. 5719)<br>Sarah M. Thomas (NV Bar No. 13725)<br>7201 W. Lake Mead Blvd., Suite 550<br>Las Vegas, Nevada 89128<br>Tel: 702-745-4800<br>Fax: 702-745-4805<br>E-mail: leon@meadlawgroup.com<br><br>*Attorneys for Defendants Thomas Contracting & Development, LLC, dba TCD Construction and Thomas Devlin* | s/ Patrick F. Welch<br>Patrick F. Welch (NV Bar No. 13278)<br>One East Washington Street, Suite 1900<br>Phoenix, Arizona 85004-2554<br>Telephone: (602) 262-5911<br>Facsimile: (602) 495-2784<br>Email: pwelch@jsslaw.com<br><br>Charles W. Bennion (NV Bar No. 5582)<br>BENNION LAW<br>500 S. 7th Street<br>Las Vegas, Nevada 89107<br>Telephone: (702) 658-6100<br>Facsimile: (702) 658-2502<br>Email: charles@silverstatelaw.com<br><br>*Attorneys for Plaintiff*<br>*Hanover Insurance Company* |

## CERTIFICATE OF SERVICE

☒ I hereby certify that on November_13, 2020, I caused to be served a true and correct copy of the foregoing Stipulation and Order of Dismissal with Complaint without Prejudice by the Court's CM/ECF Program.

By */s/ Bonnie M. Simpson, Legal Assistant*

2

Charles W. Bennion (Nevada Bar No. 5582)
ELLSWORTH & BENNION, CHTD.
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile:  (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile:  (602) 495-2784
Email: pwelch@jsslaw.com

*Attorneys for Plaintiff Hanover Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Hanover Insurance Company, a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Thomas Contracting & Development, LLC, dba TCD Construction, a Nevada limited liability company; Thomas Devlin, Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | No. 2:18-cv-02279-MMD-CWH<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF HANOVER INSURANCE COMPANY'S COMPLAINT WITHOUT PREJUDICE** |

Pursuant to the Stipulation for Dismissal Without Prejudice submitted by the Parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal Without Prejudice is GRANTED.  Plaintiff Hanover Insurance Company's Complaint and all counts, claims and causes of action asserted therein, is dismissed without prejudice; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the Parties' October 28, 2020 Settlement Agreement ("Settlement

1  Agreement") in the event of any default by Defendants Thomas Contracting &
2  Development, LLC dba TCD Construction and Thomas Devlin under the terms of the
3  Settlement Agreement.
4      DATED this __16th__ day of November, 2020.

                                                   _____

                                                   DISTRICT COURT JUDGE

7372360v1(63068.30)